IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| RICHARD LAMAR CARTER<br>GEORGE HOWELL<br>VERNON CHARLES SMITH<br>GLORIA BUTLER<br>DANNY KIRKLAND<br>ROBERT ROLLINS<br><br>Plaintiffs,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.: CV590-276<br>CV590-273<br>CV590-278<br>CV591-005<br>CV591-019<br>CV597-076 |



## ORDER

Defendant has filed Objections to Plaintiffs' use of the Video Deposition of Arthur L. Frank, M.D. (Doc. 129.)  After review, the Court rules as follows:

Defendant objects to any portion of the deposition which pertains to a person who is not a plaintiff in these cases.  Defendant's objection in this regard is **sustained**.

As to the other page and line designations, the Court rules as follows:

| | |
|---|---|
| Page 22, Line 15 to Page 22, Line 22 | Defendants' Objection is **overruled**. |
| Page 22, Line 23 to Page 22, Line 24 | Defendant's Objection is **overruled**. |
| Page 24, Line 10 to Page 25, Line 16 | Defendant's Objection is **overruled**. |
| Page 27, Line 11 to Page 27, Line 17 | Defendant's Objection is **overruled**. |
| Page 28, Line 10 to Page 28, Line 17 | Defendant's Objection is **overruled**. |
| Page 30, Line 23 to Page 31, Line 7 | Defendant's Objection is **overruled**. |
| Page 31, Line 8 through Page 31, Line 21 | Defendant's Objection is **sustained**. |

| | |
|---|---|
| Page 32, Line 18 to Page 34, Line 2 | Defendant's Objection is **overruled.** |
| Page 34, Line 3 through Page 41, Line 5 | Defendant's Objection is **overruled.** |
| Page 53, Line 5 to Page 53, Line 14 | Defendant's Objection is **sustained.** |
| Page 56, Line 21 to Page 57, Line 3 | Defendant's Objection is **overruled.** |
| Page 57, Line 24 to Page 58, Line 7 | Defendant's Objection is **overruled.** |

**SO ORDERED**, this 9th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)