IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RICHARD LAMAR CARTER ) <br> GEORGE HOWELL ) <br> VERNON CHARLES SMITH ) <br> GLORIA BUTLER ) <br> DANNY KIRKLAND ) <br> ROBERT ROLLINS ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> CSX TRANSPORTATION, INC., ) <br>  ) <br> Defendant. ) | CIVIL ACTION NO.: CV590-276 <br> CV590-273 <br> CV590-278 <br> CV591-005 <br> CV591-019 <br> CV597-076 |

## ORDER

Defendant has designated portions of the deposition of Andrew Leo Teague as testimony which it seeks to introduce at the trials of these cases. That deposition was not taken in any of the captioned cases. Plaintiffs have filed Objections to the introduction of those portions of Teague's deposition. (<u>Carter</u> doc. 146.)

The designated portions of the deposition of Andrew Leo Teague will be allowed only if relevant and the requirements of Federal Rule of Evidence 804 (b)(1) are satisfied.

**SO ORDERED**, this 9th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)